UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES SAMUEL FELKNOR | CIVIL ACTION NO. 10-0463 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ROBERT H. FELKNOR, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 18th day of May, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE